Adrian MARTINEZ–CARRERA, aka
Adrian Martinez–Carera,
Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 12–72735.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 24, 2015.

Adrian Martinez–Carera, Lawndale, CA,
pro se.

Ashley Young Martin, OIL U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, OWENS, and
FRIEDLAND, Circuit Judges.

MEMORANDUM **

Adrian Martinez–Carrera, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Martinez–Carrera's motion to reconsider because he failed to identify any error of fact or law in the BIA's prior order. *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

